**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

JEREMY SKEEN,

                  Plaintiff,

                  **STIPULATION OF**
-against-                  **DISCONTINUANCE**

THE CITY OF TROY, TROY POLICE          1:20-CV-0588 (FJS/DJS)
DEPARTMENT, TROY HOUSING
AUTHORITY, DETECTIVE SERGEANT
THOMAS J. FEELEY, DETECTIVE JOSHUA
M. COMITALE, TROY HOUSING PATROLMAN
MICHAEL GORDON, TROY POLICE PATROLMAN
JEREMY SNYDER, AND TROY POLICE
OFFICERS JOHN DOES NUMBERS ONE THROUGH
TEN, TROY HOUSING OFFICERS JOHN DOES
ELEVEN THROUGH TWENTY,

                  Defendants.

---

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for Plaintiff, Jeremy Skeen, and Defendants, Troy Housing Authority and Troy Housing Patrolman Michael Gordon, to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, and the above-entitled action be and the same hereby is discontinued with prejudice as to the Troy Housing Authority and Troy Housing Authority Patrolman Michael Gordon, solely in his capacity as an employee of the Troy Housing Authority, without costs to either party as against the other. This Stipulation may be filed without further notice with the Clerk of the Court.

DATED: _____ February _____ 2024

Stephen J. Rehfuss, Esq.                  Wylie Stecklow
The Rehfuss Law Firm, P.C.           Wylie Stecklow PLLC
Attorney for Troy Housing Authority    Attorney for Plaintiff
And THA Patrolman Michael Gordon   Carnegie Hall Tower
40 British American Boulevard         152 W. 57th Street, 8th Floor
Latham, New York 12110                NY, NY 10019