

Wylie Stecklow, Esq.
Carnegie Hall Tower
152 West 57th St, 8th Floor
New York, New York 10019
Phone: (212) 566-8000
Fax: (212) 202-4952
Wylie@wylielaw.com

November 12, 2025

**VIA ECF**

Honorable Judge Paul Evangelista
James T. Foley Courthouse
445 Broadway
Albany, NY 12207

  **Re:**   *Jeremy Skeen v. City of Troy*, et al, 23-cv-0220 (LEK/CFH)

Dear Judge Evangelista,

  My firm is counsel to Jeremy Skeen in the above referenced matters. I write on behalf of and with the consent of all parties (including defense counsel) requesting a specific briefing schedule for cross-summary judgment motions that is slightly different than the schedule contained in Section 7.1 of the Local Rules of this Honorable Court.

  The parties have completed a lengthy discovery schedule that has resulted in a large number of depositions as well as a large amount of documents having been exchanged.

  This is the schedule that the parties are seeking approval from this Court.

| | |
|---|---|
| 12/1/25 | City of Troy moving papers (25-page MOL) |
| 12/29/25 | Plaintiff Opposition and moving papers (35-page MOL) |
| 1/19/26 | City of Troy Opposition and Reply papers (30-page MOL) |
| 2/5/26 | Plaintiff Reply papers (15-page MOL) |

  In an effort to streamline the briefing involved in cross-moving summary judgment motions, the parties have agreed upon a briefing schedule that eliminates two rounds of briefing, resulting in the submission of only four, not six, briefs. However, the page limits on certain briefs have been enlarged for two reasons. Initially, it is due to the fact that these briefs are combining two separate briefs into one. Secondly, the page amounts were slightly massaged to ensure both parties have similar number of pages (City of Troy 55 pages, Plaintiff 50 pages) to present their arguments.

The parties jointly and respectfully request that this Honorable Court so-order this schedule.

Thank you for your consideration.

Respectfully,

Wylie M. Stecklow