UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JEREMY SKEEN,

                                        Plaintiff,

                -against-

THE CITY OF TROY,
DETECTIVE SERGEANT THOMAS J. FEELEY,
DETECTIVE JOSHUA M. COMITALE,
TROY POLICE OFFICER MICHAEL GORDON, and
TROY POLICE SERGEANT PETER MONTANINO,

                                        Defendants.

**NOTICE OF
CROSS MOTION**

Docket No: 1:23-cv-220
(LEK/PJE)

---

Motion by:             Defendants, City of Troy, Detective Sergeant Thomas J. Feeley, Detective Joshua M. Comitale, Troy Police Officer Michael Gordon, and Troy Police Sergeant Peter Montanino

Supporting Papers:     Memorandum of Law; Attorney Gifford Declaration.

Relief Demanded:       An Order pursuant to Fed. R. Civ. P. 60(a) and/or 60(b) to conform the judgment to the Decision and Order and for such other and further relief as to the Court may seem just and proper.

Reply Papers Due:      Pursuant to Local Rule 7.1(c) ; August 31, 2026

Dated:  August 10, 2026.

_Rhiannon I. Gifford_

_____
Rhiannon I. Gifford, Esq.
**PATTISON, SAMPSON, GINSBERG & GRIFFIN, PLLC**
*Attorneys for City Defendants*
Bar Roll No. 701043
22 First Street - P. O. Box 208
Troy, New York 12181-0208
gifford@psgglaw.com
(518) 266-1001

1