UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JEREMY SKEEN,

                                 Plaintiff,

       -against-

THE CITY OF TROY,
DETECTIVE SERGEANT THOMAS J. FEELEY,
DETECTIVE JOSHUA M. COMITALE,
TROY POLICE OFFICER MICHAEL GORDON, and
TROY POLICE SERGEANT PETER MONTANINO,

                                 Defendants.

**ATTORNEY
DECLARATION**

Docket No: 1:23-cv-220
(LEK/PJE)

**RHIANNON I. GIFFORD, ESQ.** being duly sworn, deposes and says:

1.      That I am a partner at Pattison, Sampson, Ginsberg & Griffin, PLLC, the attorneys of record for all Defendants. I submit this affidavit in support of the Defendants' cross-motion pursuant to Fed. R. Civ. P. 60(a) and/or 60(b) requesting to conform the judgment to the Decision and Order and for such other and further relief as to the Court may seem just and proper.

2.      On June 29, 2026, the Court entered a Memorandum-Decision and Order granting Defendants' motion for summary judgment, denying Plaintiff's cross-motion for partial summary judgment, dismissing the Amended Complaint without prejudice, and directing the Clerk to close the action. Dkt. No. 109.

3.      The within motion seeks to remedy the clerical error of granting the motion to dismiss without prejudice.

4.      The substance of the Court's Decision and Order was a dismissal entirely on the merits and therefore, with prejudice.

1

**WHEREFORE**, for the reasons argued in the accompanying papers, Defendants respectfully request that the Court grant the Defendants' cross-motion and deny Plaintiff's motion, together with such other and further relief as the Court deems just and proper.

Dated: August 10, 2026.

_____
Rhiannon I. Gifford, Esq.
Bar Roll No. 701043
PATTISON, SAMPSON, GINSBERG & GRIFFIN, PLLC
*Attorneys for Defendants*
22 First Street, P. O. Box 208
Troy, New York 12180
(518) 266-1001
gifford@psgglaw.com